# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:18-cv-00426-FDW

| | |
|---|---|
| JEROME JOHNSON, | ) |
| Petitioner, | ) |
| vs. | ) **ORDER** |
| KENNETH LASSITER, | ) |
| Respondent. | ) |

Jerome Johnson, a prisoner of the State of North Carolina, has filed a pro se petition for writ of habeas corpus in this Court, pursuant to 28 U.S.C. § 2254 (Doc. No. 1), challenging criminal judgments imposed in Cabarrus County Superior Court. Cabarrus County is within the territorial jurisdiction of the United States District Court for the Middle District of North Carolina. See 28 U.S.C. § 113(b). Pursuant to the provisions of 28 U.S.C. § 2241(d), and in accordance with a joint order of the United States District Courts for the Eastern, Middle and Western Districts of North Carolina (Joint Order, In re: Applications for Writs of Habeas Corpus (Oct. 26, 1966)), the Court shall transfer this action to the Middle District, where venue is proper.

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall: transfer this civil action to the United States District Court for the Middle District of North Carolina for all further proceedings; provide a copy of this Order to Johnson, and close this case.

Signed: September 12,

Frank D. Whitney
Chief United States District Judge